| | | |
|---|---|---|
| RIGHTS FORM | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF INDIANA | (Rev. 5/87)<br>SDI FORM B-2 |

CAUSE NO. 3:08-cr-029-RLY-WGH-01

STATUTE: 21:846=CD.F and 21:841A=CD.F and 18:371F and 18:922A.F

1. Defendant's Name: JESSE YOUNG

2. Offense Charged: Conspiracy to distribute controlled substance AND controlled substance - sell, distribute, or dispense AND conspiracy to defraud the US AND Importing/Manuf. Firearms - facilitating straw purchases

3. You are before a United States Magistrate and at the close of these proceedings you will be requested to sign an acknowledgment.

4. A grand jury indictment has been filed charging you with a violation of the laws of the United States, in particular, a violation of (the Magistrate reads the grand jury indictment).

5. You have a right to be represented by counsel and to retain an attorney before proceeding with this hearing. If you are financially unable to obtain the services of an attorney, I shall appoint one to represent you at this hearing without expense to you or you may waive the right to be so represented in any further proceedings before a United States District Judge. There is an attorney present and available to confer with you at this time. If an attorney is appointed for you, he will continue to represent you until he is relieved by order of the District Court. (Defendant was given the opportunity to complete CJA Form 1 or 3a or, if defendant waived the right to counsel, the opportunity to complete SDI Form D.)

6a. The Magistrate appoints _____ as your attorney, but it is my responsibility to advise you of your rights. If you have funds available, you may be ordered to reimburse the government for the appointed attorney fees.

6b. The Magistrate observes that a BILL DAZEY, Public Defender is present, however the Court will appoint a panel attorney for all future hearings, but it is my responsibility to advise you of your rights. If you have funds available, you may be ordered to reimburse the government for the appointed attorney fees.

6c. The Magistrate observes that _____, your attorney, is here, but it is still my responsibility to explain your rights.

7. You are further advised that you are not being called upon at this time to plead guilty or not guilty to the charge(s) in the indictment; you are not required to make any statement at this time or at any other time when you are in custody; and any statement you make, either orally or in writing, can be used against you.

8. Since this is a grand jury indictment, you are NOT entitled to a preliminary hearing.

9. You are further advised that you are entitled to be considered for pre-trial release under terms and conditions fixed by the court to insure your appearance at trial.

   In a limited number of cases, the United States may ask for pre-trial detention. Detention can only be imposed after a hearing and only if the Court decides no release conditions are adequate to protect the community and/or insure your attendance at trial.

10. Defendant acknowledges that the Magistrate has made the statements herein and that the defendant has received a copy.

DATED: 10-29-08        _____
                         Defendant's Signature

I certify that the defendant was advised of his rights in the manner set forth above and that he signed (or refused to sign) the acknowledgment.

DATED: 10-29-08        _____
                         William G. Hussmann, Jr.
                         United States Magistrate Judge