UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JESSE YOUNG, | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | Case No. 3:13-cv-102-RLY-WGH |
| | ) | Case No. 3:08-cr-029-RLY-WGH-1 |
| UNITED STATES OF AMERICA. | ) | |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court, having this day made its Entry, now enters FINAL JUDGMENT in this action. **IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his motion to vacate conviction by a person in federal custody pursuant to 28 U.S.C. § 2255 and the civil action docketed as No. 3:13-cv-102-RLY-WGH is **dismissed with prejudice.**

Date: 06/16/2014

Laura Briggs, Clerk
United States District Court

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

By: Deputy Clerk

Distribution:

Jesse Young
No. 08972-028
Pekin FCI
Inmate Mail/Parcels
P. O. Box 5000
Pekin, IL 61555

Electronically registered counsel